FILED

06/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0396

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| BILLY LEE HENDERSON, III,<br>                 Appellant / Defendant,<br><br>-vs-<br><br>STATE OF MONTANA,<br>                 Appellee / Plaintiff. | CASE NO. DA-19-0396<br><br><br>**ORDER - GRANTING EXTENSION** |

Upon Defendant / Appellant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That Defendant / Appellant is granted an extension of time for the filing of Appellant's opening brief, from the current deadline of July 15, 2021, to the date of November 1, 2021.

DATED AND ELECTRONICALLY SIGNED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 14 2021